# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 12-54206-MBM |
| | § | |
| Anthony P Hernandez | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/09/2012. The undersigned trustee was appointed on 06/09/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $142,142.05

       Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $15,238.67 |
| Bank service fees | $59.11 |
| Other Payments to creditors | $111,410.52 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $15,433.75 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was <u>12/17/2014</u> and the deadline for filing government claims was <u>12/17/2014</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$10,357.10</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$2,299.29</u>, for a total compensation of <u>$2,299.29</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$75.00,</u> for total expenses of <u>$75.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>01/30/2015</u>            By:   <u>/s/ Wendy Turner Lewis</u>
                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | |
|---|---|
| Case No.: | 12-54206-MBM |
| Case Name: | HERNANDEZ, ANTHONY P |
| For the Period Ending: | 1/30/2015 |

| | |
|---|---|
| Trustee Name: | Wendy Turner Lewis |
| Date Filed (f) or Converted (c): | 06/09/2012 (f) |
| §341(a) Meeting Date: | 07/19/2012 |
| Claims Bar Date: | 12/17/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 7870 Ormond Rd Davisburg, Mi 48350 | $110,000.00 | $5,000.00 | | $142,142.05 | FA |
| Asset Notes: | P/O 6/10/2014; received proceeds of sale | | | | | |
| 2 | Bank Of America (Checking) | $200.00 | $0.00 | | $0.00 | FA |
| 3 | Bank Of America (Savings) | $2,000.00 | $0.00 | | $0.00 | FA |
| 4 | Household Goods, Furniture, Appliances, Audio, Vid | $3,000.00 | $0.00 | | $0.00 | FA |
| 5 | Personal Clothing Location: 7870 Ormond Rd, Davisb | $400.00 | $0.00 | | $0.00 | FA |
| 6 | Wedding Ring | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Golf Clubs | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | Term Policy Thru Employer | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Tax Refund | $2,000.00 | $0.00 | | $0.00 | FA |
| 10 | 2012 Cadilac Cts (Lease) | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** **Gross Value of Remaining Assets**

$119,100.00    $5,000.00    $142,142.05    $0.00

**Major Activities affecting case closing:**
Preparation of TFR

| | |
|---|---|
| Initial Projected Date Of Final Report (TFR): | 06/30/2014 |
| Current Projected Date Of Final Report (TFR): | 12/30/2015 |

/s/ WENDY TURNER LEWIS

WENDY TURNER LEWIS

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 12-54206-MBM | **Trustee Name:** | Wendy Turner Lewis |
| **Case Name:** | HERNANDEZ, ANTHONY P | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***2734 | **Checking Acct #:** | ******2096 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 6/9/2012 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 1/30/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/18/2014 | | M.S. Title Agency LLC | Proceeds from sale of real estate P/O 6/10/14 | * | $15,492.86 | | $15,492.86 |
| | {1} | | Proceeds from sale of real estate $140,000.00 | 1110-000 | | | $15,492.86 |
| | {1} | | 2014 Summer taxes $2,031.43 | 1110-000 | | | $15,492.86 |
| | {1} | | 2013 Winter Taxes $110.62 | 1110-000 | | | $15,492.86 |
| | | | Commission paid at settlement $(4,200.00) | 3510-000 | | | $15,492.86 |
| | | | Recording fees $(26.00) | 2500-000 | | | $15,492.86 |
| | | | 2014 Summer Taxes $(2,530.62) | 2820-000 | | | $15,492.86 |
| | | | Misc. property management $(2,000.00) | 2500-000 | | | $15,492.86 |
| | | | Redemption fee $(214.00) | 2500-000 | | | $15,492.86 |
| | | | Deposit retained $(4,200.00) | 3510-000 | | | $15,492.86 |
| | | | Credit for owners policy $(864.05) | 2500-000 | | | $15,492.86 |
| | | | Credit for transfer taxes $(1,204.00) | 2500-000 | | | $15,492.86 |
| | | | Pay off first mortgage $(111,410.52) | 4110-000 | | | $15,492.86 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $15,482.86 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.98 | $15,457.88 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.13 | $15,433.75 |

| | | |
|---|---|---|
| **TOTALS:** | $15,492.86 | $59.11 | $15,433.75 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $15,492.86 | $59.11 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $15,492.86 | $59.11 | |

| **For the period of 6/9/2012 to 1/30/2015** | | **For the entire history of the account between 09/11/2014 to 1/30/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $142,142.05 | Total Compensable Receipts: | $142,142.05 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $142,142.05 | Total Comp/Non Comp Receipts: | $142,142.05 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $126,708.30 | Total Compensable Disbursements: | $126,708.30 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $126,708.30 | Total Comp/Non Comp Disbursements: | $126,708.30 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | |
|---|---|---|---|---|---|
| Case No. | 12-54206-MBM | | Trustee Name: | | Wendy Turner Lewis |
| Case Name: | HERNANDEZ, ANTHONY P | | Bank Name: | | Bank of Texas |
| Primary Taxpayer ID #: | **-***2734 | | Checking Acct #: | | ******2096 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | | |
| For Period Beginning: | 6/9/2012 | | Blanket bond (per case limit): | | $2,000,000.00 |
| For Period Ending: | 1/30/2015 | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET | ACCOUNT |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSE | BALANCES |
| | $15,492.86 | $59.11 | $15,433.75 |

**For the period of 6/9/2012 to 1/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $142,142.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $142,142.05 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $126,708.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $126,708.30 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/09/2012 to 1/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $142,142.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $142,142.05 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $126,708.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $126,708.30 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ WENDY TURNER LEWIS

WENDY TURNER LEWIS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case No.: | 12-54206-MBM | | | | | | Trustee Name: | Wendy Turner Lewis |
| Case Name: | HERNANDEZ, ANTHONY P | | | | | | Date: | 1/30/2015 |
| Claims Bar Date: | 12/17/2014 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | WENDY TURNER LEWIS<br><br>444 West Willis, Suite 101<br>Detroit MI 48201 | Trustee Compensation | Allowed | 2100-000 | $2,299.29 | $0.00 | $0.00 | $0.00 | $2,299.29 |
| **Claim Notes:** Trustee Compensation- Reduced | | | | | | | | | |
| | WENDY TURNER LEWIS<br>444 West Willis, Suite 101<br>Detroit MI 48201 | Trustee Expenses | Allowed | 2200-000 | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 |
| | DAKMAK PEURACH P.C.<br><br>41740 Six Mile Road, Suite 101<br>Northville MI 48168 | Attorney for Trustee Expenses (Othe | Allowed | 3220-000 | $94.22 | $0.00 | $0.00 | $0.00 | $94.22 |
| **Claim Notes:** Counsel for Trustee Expenses | | | | | | | | | |
| | DAKMAK PEURACH P.C.<br><br>41740 Six Mile Road, Suite 101<br>Northville MI 48168 | Attorney for Trustee Fees (Other Fi | Allowed | 3210-000 | $5,450.00 | $0.00 | $0.00 | $0.00 | $5,450.00 |
| **Claim Notes:** Counsel for Trustee Fees | | | | | | | | | |
| | U.S. BANKRUPTCY COURT<br><br>211 West Fort Street<br>17th Floor<br>Detroit MI 48226 | Clerk of the Courts Costs (includes | Allowed | 2700-000 | $176.00 | $0.00 | $0.00 | $0.00 | $176.00 |
| **Claim Notes:** Court Fees | | | | | | | | | |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City OK 73124-8866 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,848.14 | $0.00 | $0.00 | $0.00 | $3,848.14 |
| **Claim Notes:** Claim allowed | | | | | | | | | |

Case No.: <u>12-54206-MBM</u>

Case Name: <u>HERNANDEZ, ANTHONY P</u>

Claims Bar Date: <u>12/17/2014</u>

Trustee Name: <u>Wendy Turner Lewis</u>

Date: <u>1/30/2015</u>

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | ECAST SETTLEMENT CORP, <br><br> Assignee of Capital One, N.A. <br> c/o Bass & Associates, P.C. <br> 3936 E. Ft. Lowell Rd, Suite #200 <br> Tucson AZ 85712 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,864.36 | $0.00 | $0.00 | $0.00 | $1,864.36 |
| **Claim Notes:** | Claim allowed | | | | | | | | |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR <br> First Data Global Leasing <br> PO Box 248838 <br> Oklahoma City OK 73124-8838 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,549.67 | $0.00 | $0.00 | $0.00 | $1,549.67 |
| **Claim Notes:** | Claim allowed | | | | | | | | |
| 4 | CAPITAL RECOVERY V, LLC <br><br> c/o Recovery Management Systems Corporat <br> 25 SE 2nd Avenue Suite 1120 <br> Miami FL 33131-1605 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $455.84 | $0.00 | $0.00 | $0.00 | $455.84 |
| **Claim Notes:** | Claim allowed | | | | | | | | |
| | | | | | **$15,812.52** | **$0.00** | **$0.00** | **$0.00** | **$15,812.52** |

| Case No. | 12-54206-MBM | | Trustee Name: Wendy Turner Lewis |
|---|---|---|---|
| Case Name: | HERNANDEZ, ANTHONY P | | Date: 1/30/2015 |
| Claims Bar Date: | 12/17/2014 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Othe | $94.22 | $94.22 | $0.00 | $0.00 | $0.00 | $94.22 |
| Attorney for Trustee Fees (Other Fi | $5,450.00 | $5,450.00 | $0.00 | $0.00 | $0.00 | $5,450.00 |
| Clerk of the Courts Costs (includes | $176.00 | $176.00 | $0.00 | $0.00 | $0.00 | $176.00 |
| General Unsecured 726(a)(2) | $7,718.01 | $7,718.01 | $0.00 | $0.00 | $0.00 | $7,718.01 |
| Trustee Compensation | $10,357.10 | $2,299.29 | $0.00 | $0.00 | $0.00 | $2,299.29 |
| Trustee Expenses | $75.00 | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:  12-54206-MBM
Case Name:  Anthony P Hernandez
Trustee Name:  Wendy Turner Lewis

Balance on hand: _____ $15,433.75

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: _____ $0.00
Remaining balance: _____ $15,433.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Wendy Turner Lewis, Trustee Fees | $2,299.29 | $0.00 | $2,299.29 |
| Wendy Turner Lewis, Trustee Expenses | $75.00 | $0.00 | $75.00 |
| DAKMAK PEURACH P.C., Attorney for Trustee Fees | $5,450.00 | $0.00 | $5,450.00 |
| DAKMAK PEURACH P.C., Attorney for Trustee Expenses | $94.22 | $0.00 | $94.22 |
| U.S. Bankruptcy Court, Clerk of the Court Costs | $176.00 | $0.00 | $176.00 |

Total to be paid for chapter 7 administrative expenses: _____ $8,094.51
Remaining balance: _____ $7,339.24

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: _____ $0.00
Remaining balance: _____ $7,339.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00

Remaining balance: $7,339.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,718.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 95.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $3,848.14 | $0.00 | $3,659.29 |
| 2 | eCAST Settlement Corp, | $1,864.36 | $0.00 | $1,772.86 |
| 3 | American InfoSource LP as agent for | $1,549.67 | $0.00 | $1,473.62 |
| 4 | Capital Recovery V, LLC | $455.84 | $0.00 | $433.47 |

Total to be paid to timely general unsecured claims: $7,339.24

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00

Remaining balance: _____ $0.00